UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:00CR140(EBB) |
| v. | |
| HYDAR HUSMAN<br>     aka "Indian" | December 6, 2004 |

**UNITED STATES' RESPONSE TO THE DEFENDANT'S
<u>MOTION TO VACATE & CORRECT SENTENCING</u>**

On or about November 24, 2004, the defendant filed a motion pursuant to 28 U.S.C. § 2255. The defendant claims that his sentence should be vacated because of the Supreme Court's decision in *Blakely v. Washington*, 124 S. Ct. 2531 (2004).

On March 5, 2002, the Court imposed sentence on the defendant. On June 23, 2003, the defendant filed a motion pursuant to Section 2255. On June 27, 2003, the Court denied the motion. On July 8, 2003, the defendant renewed his motion, and again it was denied. Thus, the defendant's present motion is a second or successive motion. *See Villanueva v. United States,* 346 F.3d 55, 58 (2d Cir. 2003) ("a habeas or § 2255 petition that is properly dismissed as time-barred under AEDPA constitutes an adjudication on the merits for successive purposes.")

Before a defendant may file a second or successive motion pursuant to Section 2255, he must obtain certification from the Court of Appeals. *See* 28 U.S.C. § 2255, ¶ 8. The Second Circuit recently held that it will not issue such certification for petitions raising *Blakely* issues, unless and until the Supreme Court makes *Blakely* retroactive on collateral review. *Carmona v. United States*, Doc. No. 04-4994 (2d Cir. Nov. 29, 2004) (*per curiam*).

Accordingly, the defendant's petition should be denied because (a) he has failed to obtain certification from the Second Circuit as required; and (b) such certification will not be issued, absent further decision by the Supreme Court.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    DAVID A. RING
    ASSISTANT U. S. ATTORNEY
    157 Church Street
    P.O. Box 1824
    New Haven, Connecticut   06510
    (203) 821-3700
    Federal Bar No. CT14362

## CERTIFICATION OF SERVICE

This is to certify that the within and foregoing has been sent via first-class mail this ___th day of December to:

Brian J. Woolf, Esq.
Law Offices
50 Founders Plaza
East Hartford, Connecticut
06108


    DAVID A. RING
    ASSISTANT UNITED STATES ATTORNEY