FILED

2004 DEC -9 P 1: 10

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | APPEARANCE |
| VS. | : | 3:00CR140(EBB) |
| HYDAR HUSMAN | : | DECEMBER 6, 2004 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

**HYDAR HUSMAN**

December 6, 2004
Date
Ct01227
Connecticut Federal Bar Number
(860) 290-8690
Telephone Number
(860) 290-8697
Fax Number
woolflaw@snet.net
E-mail address

Brian J. Woolf, Esq.
THE LAW OFFICES OF BRIAN J. WOOLF, LLC
50 Founders Plaza
East Hartford, CT 06108

CERTIFICATION OF SERVICE

    This is to certify that the foregoing Appearance was mailed on this date to the following:

    David A. Ring, Esq.
    Assistant U.S. Attorney
    450 Main Street
    Hartford, CT 06103

With Courtesy Copy to:

    Honorable Ellen Bree Burns
    Senior United States District Judge
    United States District Court
    141 Church Street
    New Haven, CT 06510

    Brian J. Woolf, Esq.

2